IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAY HARRIS,

        Plaintiff,                     No. 2:12-cv-0185 GEB KJN P

   vs.

C/O ROBINETTE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding, without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 22, 2012, this court directed plaintiff to show cause why this action should not be dismissed without prejudice due to plaintiff's apparent failure to exhaust his administrative remedies. (Dkt. No. 10.) In response, plaintiff requests voluntary dismissal of this action so that he can exhaust his administrative remedies before commencing a new action on the same grounds. (Dkt. No. 11.)

////
////
////
////
////

1


1          Accordingly, for good cause shown, plaintiff's request to voluntarily dismiss this action (Dkt. No. 11), is granted. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

4    DATED: June 14, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7    harr0185.vol.dsms.